# Court of Appeals
# of the State of Georgia

ATLANTA, June 06, 2016

*The Court of Appeals hereby passes the following order*

**A16I0206. CITY OF HINESVILLE, GEORGIA v. NANCY PARKER O'NEAL et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2014V607



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, June 06, 2016.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*